IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| TOMMY BASS, #122 504, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.:  2:13-CV-594-WHA |
| | ) | |
| WARDEN KENNETH SCONYERS, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

The Magistrate Judge entered a Recommendation (Doc. 11) in this case to which no timely objections have been filed.  After a review of the Recommendation, and after an independent review of the entire record, the court finds that the Recommendation should be adopted.  Accordingly, it is

ORDERED that:

1.  The Recommendation (Doc. 11) of the Magistrate Judge is ADOPTED;

2.  Plaintiff's claims against the Prison Health Care Unit are DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i);

3.  The  Prison Health Care Unit is DISMISSED as a  party to this complaint; and

4.  This case with respect to the remaining defendants is referred back to the Magistrate Judge for additional proceedings.

Done this 22nd day of October, 2013.

/s/ W. Harold Albritton
SENIOR UNITED STATES DISTRICT JUDGE